■ In the Matter of COMMONWEALTH ELECTRICAL INSPECTION SERVICES, INC., et al., Appellants, v TOWN OF CLARENCE et al., Respondents. (Appeal No. 2.) [775 NYS2d 723]—Appeal from an order of the Supreme Court, Erie County (Robert E. Whelan, J.), entered June 2, 2003. The order denied petitioners' motion for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Green, J.P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON NAYLOR, Appellant. [775 NYS2d 686]—Appeal from a judgment of the Yates County Court (W. Patrick Falvey, J.), rendered September 17, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of two counts of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]). Defendant failed to preserve for our review his contention that his guilty plea was not knowingly, voluntarily and intelligently entered (*see People v Ferguson*, 192 AD2d 800 [1993], *lv denied* 82 NY2d 717 [1993]). In any event, we conclude that defendant's contention is without merit (*see People v Seaberg*, 74 NY2d 1, 10-11 [1989]). Because defendant declined to withdraw his guilty plea when given the opportunity to do so, defendant did not preserve for our review his contentions regarding his enhanced sentence (*see People v Perry*, 252 AD2d 990 [1998], *lv denied* 92 NY2d 929 [1998]), and we decline to exercise our power to address those contentions as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Finally, the sentence is neither unduly harsh nor severe. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.